JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINH TRIEU DANG,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-05202 PA (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted. Petitioner Chinh Trieu Dang (A# 025-148-017) must be immediately released from immigration detention.

DATED: September 22, 2026

PERCY ANDERSON
United States District Judge